Michael F. Lutz (ISB # 9218)
THE SPENCE LAW FIRM, LLC
P.O. Box 548 / 15 S. Jackson St.
Jackson, WY 83001
307-733-7290 / 307-733-5248 (fax)
lutz@spencelawyers.com
*Attorney for the Petitioners*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF the Petition of BREE DANIELLE JOHNSON, individually and as next friend of her minor children E.J.J., A.R.J., C.A.J., and A.W.J.; CHARLES THOMAS JOHNSON; and TAMMY JO JOHNSON to fix amount and form of I.C. § 6-610 Bond | Case No. _____<br><br>PETITION TO FIX AMOUNT AND FORM OF I.C. § 6-610 BOND |

1. Petitioners are the wrongful death heirs of Joseph Charles Johnson, deceased. They anticipate bringing claims in this Court under 42 U.S.C. §§ 1983 and 1988, as well as the Idaho Tort Claims Act ("ITCA"), against persons including without limitation Officer Elias Aurelio Cerdas of the City of Idaho Falls, Idaho Police Department. See Exhibit 1, Notice of Idaho Tort Claims.[1]

2. The Court has jurisdiction over the subject matter of this petition because this petition arises under federal law. The reason Petitioners wish to deposit funds into this Court's registry account (as opposed to depositing those funds with a state court) is that they will pursue federal civil rights claims in this Court. The Petitioners will invoke this Court's supplemental jurisdiction to also hear their state-law claims. Moreover, petitioners seek to

---

[1] Pursuant to F.R.C.P. 5.2 and Dist. Idaho Loc. Civ. R. 5.5, the minor children's names and the Petitioners' home addresses have been redacted from this exhibit.

   deposit funds into this Court's registry account pursuant to F.R.C.P. 67, Dist. Idaho Loc. Civ. R. 67.1, and General Order 312.

3. Idaho Code § 6-610(2) provides that, prior to filing a civil action against a law enforcement officer, a plaintiff must post a bond "in an amount to be fixed by the court."

4. The bond's main purpose is to secure payment of any attorneys' fees that theoretically might be awarded to the law enforcement officer in connection with the plaintiff's ITCA claims.[2] I.C. § 6-610(2). However, attorneys' fees are awarded only in rare circumstances: when the opposing party shows "by clear and convincing evidence, that the party against whom or which such award is sought was guilty of bad faith in the commencement, conduct, maintenance or defense of the action." I.C. § 6-918A. Therefore, in the absence of any indication of bad faith, a minimal bond of $500 is appropriate. *Polatis v. Katseanes*, No. 4:21-CV-00392-BLW, 2021 WL 4497143, at *1 (D. Idaho Sept. 30, 2021).

5. Petitioners' claims are not made in bad faith. This is evidenced by the fact that the officer who shot and killed Joseph Johnson has been indicted for manslaughter. Ex. 2, Docket in *State v. Cerdas*.

6. Therefore, Petitioners respectfully request that the Court fix the amount of the bond at $500. In the alternative, should the Court deem this amount inappropriate, Petitioners respectfully request that the Court specify a sum certain that it finds proper.

7. Petitioners also respectfully request that the Court approve the form of their Proposed Bond, which is attached as Exhibit 3. District of Idaho Local Civil Rule 65.2(a)(2)(iv)

---

[2] "The bond requirement 'does not apply to alleged violations of constitutional rights brought pursuant to 42 U.S.C. § 1983.'" *Polatis v. Katseanes*, No. 4:21-CV-00392-BLW, 2021 WL 4497143, at *1 (D. Idaho Sept. 30, 2021) (quoting *ET v. Lake Pend Oreille Sch. Dist. No. 84*, No. 210CV00292EJLCWD, 2012 WL 13133641, at *5 (D. Idaho Jan. 12, 2012)).

provides that the surety on a bond may be "a cash deposit of the required amount made with the Clerk and filed with a bond signed by the principals." Because I.C. § 6-610(2) requires "two (2) sufficient sureties," Petitioners will deposit twice the amount fixed by the Court into the Court's registry.

8. Petitioners will submit proposed orders granting this Petition and approving the deposit of surety funds into an interest-bearing account in Word format to the appropriate email account upon assignment of this matter to a Judge.

Dated: 11 November 2021       By:   */s/ Michael F. Lutz*
                                    Michael F. Lutz (ISB #9218)
                                    THE SPENCE LAW FIRM, LLC
                                    *Attorney for the Petitioners*